**Dismissed and Opinion Filed November 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00456-CV

**VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C. D/B/A CRESTMONT VILLAGE APARTMENTS, Appellants**

**V.**

**JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08108**

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill
Opinion by Justice Whitehill

By order of September 24, 2015, we granted appellants' counsel's motion to withdraw. Because a corporation may only appear through an attorney, we directed appellants in that same order to file a notice designating new counsel within thirty days. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We cautioned appellants that failure to timely obtain new counsel would result in dismissal of the appeal without further notice. To date, however, appellants have not designated new counsel or

otherwise communicated with the Court regarding the appeal.  Accordingly, we dismiss the appeal.

150456F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VILLAGE CRESTMONT HOUSTON
USA, L.L.C. AND WEST CRESTMONT
HOUSTON USA, L.L.C. D/B/A
CRESTMONT VILLAGE APARTMENTS,
Appellants

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-08108.
Opinion delivered by Justice Whitehill.
Justices Lang and Evans participating.

No. 05-15-00456-CV        V.

JOSE J. GAITAN, INDIVIDUALLY AND
D/B/A EC & J REMODELING &
PAINTING, Appellee

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Jose J. Gaitan, Individually and d/b/a EC & J Remodeling & Painting recover his costs, if any, of this appeal from appellants Village Crestmont Houston, USA, L.L.C. and West Crestmont Houston USA, L.L.C. d/b/a Crestmont Village Apartments.

Judgment entered November 12, 2015.